IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                                                                    CASE NO. 1:98-cr-00019-MP-AK

RONALD ALLAN COHEN,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 1442, Report and Recommendation of Magistrate Judge Kornblum, recommending that Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, Doc. 1421, be Denied as to Ground One of Defendant's Motion only. In his report, Magistrate Judge Kornblum also recommended that the Government's Motion to Dismiss, Doc. 1432, be Granted in part and Denied in part. The Magistrate Judge filed the Report and Recommendation on Monday, July 18, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Neither party has filed an objection. Having considered the Report and Recommendation and the lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    That the Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, Doc. 1421, is DENIED AS TO GROUND ONE ONLY.

3. Government's Motion to Dismiss, Doc. 1432, is GRANTED IN PART AND DENIED IN PART.

4. That this cause be REMANDED to Magistrate Judge Kornblum for further proceedings as to Ground Two of Defendant's Motion to Vacate.

**DONE AND ORDERED** this  *17th* day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
