IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:98-cr-00019-MP-AK

RONALD ALLAN COHEN,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 1546, Report and Recommendation of the Magistrate Judge, which recommends that Ground Two of Defendant's Motion to Vacate, Doc. 1421, be denied. The Magistrate Judge filed the Report and Recommendation on Tuesday, February 12, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

In the remaining ground of his motion to vacate, Defendant alleges that counsel's performance was constitutionally deficient. After reviewing each allegation of ineffective assistance, the Magistrate concludes that Defendant's claims are without merit, and that the motion to vacate should be denied. Many of the issues raised by Defendant have already been rejected on their merits by the Eleventh Circuit on direct appeal of this case, and Defendant cannot show any resulting prejudice from the remaining allegations of ineffective assistance. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Ground Two of Defendant's Motion to Vacate, Doc. 1421, is DENIED.

**DONE AND ORDERED** this   *14th* day of March, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge